IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| EXCENTUS CORPORATION, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 12-CV-443-JED-TLW |
| | § | |
| QUIKTRIP CORPORATION | § | |
| AND REASOR'S LLC, | § | |
| | § | |
| Defendants. | § | |

**JOINT STATUS REPORT**
**REGARDING THE PARTIES' SETTLEMENT NEGOTIATIONS**

Pursuant to the Court's August 14, 2014 Order [Dkt. # 92], the parties hereby provide this Joint Status Report Regarding The Parties' Settlement Negotiations.

The parties have worked diligently with Judge Wilson to finalize numerous, complex documents involved with a complete settlement and compromise of this action. The parties anticipate that these agreements will be fully executed, and a dismissal filed in this action, no later than August 29, 2014.

Respectfully submitted,

*/s/ Michael J. LaBrie*
John A. Kenney, OBA #4976
Michael J. LaBrie, OBA # 16253
MCAFEE & TAFT, A PROFESSIONAL CORPORATION
Tenth Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK 73102
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
Email: john.kenney@mcafeetaft.com
Email: michael.labrie@mcafeetaft.com

And

Jessica John Bowman, OBA #30388
MCAFEE & TAFT, A PROFESSIONAL CORPORATION
1717 South Boulder, Suite 900
Telephone: 918-587-0000
Facsimile: 918-599-9317
Email: jessica.johnbowman@mcafeetaft.com

*ATTORNEYS FOR DEFENDANTS*

*Signed by Filing Attorney with permission of Brett C. Govett*

/s/ Brett C. Govett
Brett C. Govett, TX Bar # 08235900
Karl G. Dial, TX Bar # 05800400
FULBRIGHT & JAWORSKI, LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784
Telephone: (214) 855-8000
Facsimile: (214) 855-9200
bgovett@fulbright.com
kdial@fulbright.com

and

Michael J. Gibbens, OBA #3339
Susan E. Huntsman, OBA #18401
CROWE & DUNLEVY, A PROFESSIONAL CORPORATION
500 Kennedy Building
321 South Boston Ave
Tulsa, OK 74103-3313
Telephone: (918) 592-9800
Facsimile: (918) 592-9801
mike.gibbens@crowedunlevy.com
susanhuntsman@crowedunlevy.com

*ATTORNEYS FOR PLAINTIFF*