UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

Excentus Corporation,

    Plaintiff(s),

vs.                                             Case Number: 12-cv-443-CVE-FHM

QuikTrip Corporation, et al.,

    Defendant(s).

## SETTLEMENT CONFERENCE REPORT

On 04/30/2014 a Settlement Conference was held in the captioned matter.

☒ The litigation was settled; within **21** days of the date hereof, the Plaintiff and Defendant shall file:

    -- a Stipulation of Dismissal
    OR
    -- a Journal Entry of Judgment.

☐ The litigation was not settled.

☐ Settlement negotiations are pending. The parties are to phone the undersigned by _:___ p.m. on _____, 2014.

DATED: 08/25/2014.

_____
T. Lane Wilson
U.S. Magistrate Judge