# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Excentus Corporation, | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 12-CV-0443-CVE |
| QuikTrip Corporation et al., | | |
| Defendants. | | |

## JOINT STIPULATION OF DISMISSAL

It is stipulated by Plaintiff Excentus Corporation ("Excentus") and Defendants Reasor's LLC and QuikTrip Corporation (collectively, "Defendants") that they have agreed to a settlement in this case in accordance with the terms set forth in the License Agreement between the parties.

All of Excentus' claims against the Defendants asserted in this litigation are hereby dismissed with prejudice consistent with the terms of the License Agreement between Excentus and the Defendants. All of the Defendants' claims against Excentus asserted in this litigation are hereby dismissed without prejudice consistent with the terms of the License Agreement between Excentus and the Defendants.

The parties expressly stipulate that they are subject to the jurisdiction of this Court and that venue is proper in this District for any action commenced to enforce the terms and conditions of the License Agreement between the parties.

Each party will be responsible for paying all costs and expenses, including attorneys' fees, incurred by it in connection with this case.

**FULBRIGHT & JAWORSKI LLP**

s/ Brett C. Govett
Brett C. Govett
Attorneys for Excentus Corporation

**MCAFEE & TAFT, P.C.**

s/ Michael LaBrie
Michael LaBrie
Attorneys for Reasor's and
QuikTrip Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September 2014, I electronically transmitted to the Court Clerk using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):  Jessica Lynn John Bowman, John A Kenney, and Michael J. LaBrie.

s/ Brett C. Govett
Brett C. Govett